THE HONORABLE JAMAL N WHITEHEAD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| In the Matter of the Complaint of Mi Lady, Inc., as Owner of the Vessel ETHEL MAY, Official No. 256048, for Exoneration from and/or Limitation of Liability | IN ADMIRALTY<br><br>Case No. 3:23-cv-05158-JNW<br><br>[PROPOSED] ORDER OF DISMISSAL |

This matter comes before the Court on the parties' stipulated motion to dismiss all claims in this limitation action, in their entirety, with prejudice and without costs, for the reason that the parties have reached a final settlement in this matter. Being fully advised, the Court hereby grants the parties' stipulated motion and dismisses this matter with prejudice and without costs to any party.

SO ORDERED this 3rd day of February, 2025.

_____
THE HONORABLE JAMAL N. WHITEHEAD

[PROPOSED] ORDER OF DISMISSAL - Page 1
Case No. 3:23-cv-05158-JNW

{30026-01122647;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

*Proposed order presented by*:
LeGros Buchanan & Paul
Nathan J. Beard
4025 Delridge Way SW, Suite 500
Seattle, WA 98106-1271
Telephone: (206) 623-4990
Fax: (206) 467-4828
Email: nbeard@legros.com

*Attorneys for Petitioner Mi Lady, Inc.*

**[PROPOSED] ORDER OF DISMISSAL**- Page 2
Case No. 3:23-cv-05158-JNW

{30026-01122647;1}

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record as follows:

Campiche Andrews Horne
Jeffery M. Campiche, WSBA #7592
Daniel Horne, WSBA #54528
Nicholas Andrews, WSBA #40441
111 Queen Anne Avenue North, Suite 510
Seattle, WA 98109
jeff@campichelaw.com
nick@campichelaw.com
dan@campichelaw.com

***Attorneys for Defendant and Third-Party Plaintiff McKenzie L. Salas and Fitch Minor Dependent Children***

GLP Attorneys, P.S., Inc.
James Gooding, WSBA #23833
2601 Fourth Avenue, Floor 6
Seattle, WA 98121
jgooding@glpattorneys.com

***Attorney for Defendant and Third-Party Plaintiff Darren Curtis***

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct this 30th day of February, 2025.

*s/ Sheila Baskins*
Sheila Baskins, Legal Assistant
Signed at Seattle, Washington

**[PROPOSED] ORDER OF DISMISSAL**- Page 3
Case No. 3:23-cv-05158-JNW

{30026-01122647;1}

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990